HUTTIG SASH AND DOOR COMPANY, Inc., v. F. G. DAVIS, A. M. DAVIS AND WILSON DAVIS, Partners, Trading as F. G. DAVIS LUMBER COMPANY.

(Filed 22 February, 1928.)

Appeal by plaintiff from *Moore, Special Judge,* at October Special Term, 1927, of Edgecombe.

Civil action to recover of defendants, alleged to be partners trading under the firm name and style of "F. G. Davis Lumber Company," the sum of $1,000 for goods sold and delivered.

Judgment by default was entered against F. G. Davis, and upon motion of counsel for Addie M. Davis and Wilson Davis, nonsuit was entered as to them upon the ground that no competent evidence had been offered to show that they were partners or in any way liable for the debts of the F. G. Davis Lumber Company.

From the judgment of nonsuit, the plaintiff appeals, assigning errors.

*H. D. Hardison and George M. Fountain for plaintiff.*

*Don Gilliam and H. H. Philips for defendants, A. M. Davis and Wilson Davis.*

Per Curiam. A careful perusal of the record fails to disclose any competent evidence, properly offered, sufficient to render Addie M. Davis or Wilson Davis liable for plaintiff's claim, either as partners with F. G. Davis in the lumber business or otherwise. Therefore, the nonsuit as to them must be upheld. This is the only question raised by the appeal.

Affirmed.